IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 07-CR-165-C ) |
| L.C. GRAVES, | ) ) ) |
| Defendant. | ) ) |

ORDER FOR DISMISSAL

Pursuant to Title 18, United States Code, Section 3143 of the Federal Rules of Criminal Procedure, the Court hereby revokes the previously entered release order of the defendant, L.C. Graves, and orders that he be remanded to the custody of the United States Marshal upon release from custody by the State of Wisconsin.

Dated this 1st day of May, 2008.

By:

*Barbara B. Crabb*
Barbara B. Crabb
Chief United States District Judge